■ REBECCA W. TWINE, Appellant, v STEWART KARLIN, Respondent.—Order, Supreme Court, New York County (Beverly Cohen, J.), entered on September 17, 1991, unanimously affirmed for the reasons stated by Cohen, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Milonas, Rosenberger and Asch, JJ.